David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
       Chapter 7 Trustee

2011 JAN 11  AM 11: 37

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| WILLY GABRIEL VAZQUEZ<br>CARMEN ROSA KUAN,<br>   Debtor(s) | Bankruptcy No. 08-22859<br>(Chapter 7)<br>Judge R. Kimball Mosier |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

___ A     The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B     The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Questar Gas<br>Banrkuptcy DNR 244<br>1140 West 200 South<br>PO Box 3194<br>Salt Lake City, UT 84110-3194 | $1.52 |
| | Layton City<br>437 North Wasatch Drive<br>Layton, UT 84041 | $1.00 |

| | |
|---|---|
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $1.95 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $1.03 |
| Northern Leasing Systems, Inc.<br>132 West 31st Street 14th Floor<br>New York, NY 10001 | $4.49 |

A check in the amount of $9.99 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED: January 6, 2011

DAVID L. MILLER
Chapter 7 Trustee